**James Davis and Sarah M. Madlock, Plaintiffs-Appellants, v. Daniel Anthony, Jr., Defendant-Appellee.**

**Gen. No. 50,608.**

First District, Second Division.

January 25, 1966.

Morton & Yellin, of Chicago (Morris D. Witney, of counsel), for appellants; no appearance for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**